IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE THOMPSON,<br><br>    Petitioner,<br><br>    v.<br><br>TIMOTHY LOCKWOOD,<br><br>    Respondent. | No. C 13-04425 EJD (PR)<br><br>ORDER GRANTING MOTION TO WITHDRAW MOTION TO DISMISS; GRANTING EXTENSION OF TIME TO FILE MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*<br><br>(Docket No. 7) |

On September 24, 2013, Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and an In Forma Pauperis ("IFP") Application. On the same day, the Clerk sent Petitioner a notice that his IFP application was deficient because it lacked the following documents: (1) a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official; and (2) a copy of Petitioner's trust account statement showing transactions for the last six months. (Docket No. 3.) Petitioner was directed to file a response within twenty-eight days of the notice to avoid dismissal of the action. (Id.) Petitioner filed two motions to dismiss the action. (See Docket Nos. 4 & 5.) Most recently, Petitioner filed a notice of motion to strike his motions to dismiss. (Docket No. 7.)

Order Granting Motion to Withdraw; Granting EOT to file IFP
G:\PRO-SE\EJD\HC.13\04425Thompson_eot-ifp.wpd

Petitioner's motion to withdraw his previous motions is GRANTED. In the interest of justice, Petitioner is granted an extension of time to file a complete IFP application. Petitioner must file a complete IFP Application **no later than twenty-eight (28) days** from the date this order is filed. In the alternative, Petitioner may pay the $5.00 filing fee in the same time provided.

**Failure to file a timely response in accordance with this order by filing a complete IFP application or paying the filing fee will result in the dismissal of this action without further notice to Petitioner.**

This order terminates Docket No. 7.

DATED: 10/30/13

EDWARD J. DAVILA
United States District Judge