IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE THOMPSON, ) | No. C 13-04425 EJD (PR) |
| Petitioner, ) | ORDER OF TRANSFER |
| v. ) | |
| TIMOTHY LOCKWOOD, et al., ) | |
| Respondents. ) | |

    Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging a disciplinary hearing resulting in the forfeiture of ninety days credit.

    Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). If the petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum. See Habeas L.R. 2254-3(b)(2); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). The petition indicates that Petitioner is confined at the California State Prison, Sacramento which lies within the venue of the Eastern District of California. See 28 U.S.C. 84(c).

    Accordingly, the above-titled action is hereby TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. §§

Order of Transfer
P:\PRO-SE\EJD\HC.13\04425Thompson_transfer.wpd

1 | 1404(a), 2241(d); Habeas L.R. 2254-3.

    The Clerk shall transfer this matter and terminate any pending motions.

DATED: 4/4/2014

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DEWAYNE THOMPSON,

          Petitioner,

v.

TIMOTHY LOCKWOOD, et al.,

          Respondents.

Case Number: CV13-04425 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/7/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dewayne Thompson T 12115
California State Prison, Sacramento (SAC)
P. O. Box 290066
Represa, CA 95671

Dated: 4/7/2014

          Richard W. Wieking, Clerk
          /s/By: Elizabeth Garcia, Deputy Clerk